# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00584-CR

**Jacob Busbee, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-DC-19-904034, THE HONORABLE BRENDA KENNEDY, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due on November 18, 2019. On January 10, 2020, this Court sent notice to appellant's counsel informing him that his brief was overdue and that if this Court did not receive a motion for extension of time or a brief accompanied by a motion for extension of time on or before January 21, 2020, a hearing before the trial court may be ordered. To date, the brief has not been tendered for filing and we have received no motion for extension of time or other response from appellant's counsel.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id*. R. 38.8(b)(2), (3). If necessary, the

court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than March 13, 2020. *See id*. R. 38.8(b)(3).

It is so ordered February 12, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Abated and Remanded

Filed: February 12, 2020

Do Not Publish